# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **NANY WINBUSH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action Number |
| | ) | **2:14-cv-2240-AKK** |
| **ATLANTIC CREDIT AND** | ) | |
| **FINANCE SPECIAL FINANCE** | ) | |
| **UNIT, LLC,** | ) | |
| | | |
| **Defendant.** | | |

## ORDER

Pursuant to the parties join stipulation of dismissal, doc. 16, this case is **DISMISSED** with prejudice, each party to bear its own attorneys' fees and costs.

**DONE** the 18th day of May, 2015.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE